IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNIVERSITY OF SOUTH ALABAMA by and through its division USA HEALTH, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACT. NO. 1:18-cv-500-TFM-C |
| JONATHAN JAMES LYTLE, *et al.*, | ) ) | |
| Defendants. | ) | |

### **ORDER**

Pending before the Court are two interrelated motions: *USAA General Indemnity Company's Unopposed Motion for Order Allowing Deposit of Liability Coverage Limits into Court Registry and Dismissal With Prejudice* (Doc. 14, filed 2/11/19) and the *Unopposed Motion for Disbursement of Funds to Jonathan Lytle and Dismissal With Prejudice* (Doc. 19, filed 2/21/19). The second motion modifies the first motion in that instead of depositing the full $74,000.00 in uninsured motorist coverage limits, all parties seek to pay Jonathan Lytle $38,881.85 of the $74,000.00 prior to the deposit into the registry.

As the motions are both unopposed, it is **ORDERED** that the motions (Doc. 14 as modified by Doc. 19) are **GRANTED** to the extent the funds may be disbursed as agreed upon with the balance of $35,118.15 to be deposited into the registry of the Court. The Clerk of Court is **DIRECTED** to place the funds into the Court Registry Interest.

To the extent the parties seek dismissal prior to the deposit and disbursement of funds, the motions are **DENIED without prejudice**. If Rule 41(a)(1) does not apply, a request to dismiss an action requires a court order and dismissal on terms the court deems proper. *See* FED. R. CIV. P. 41(a)(2). Since Rule 41(a)(1) cannot apply here as it does not involve all defendants, Rule

41(a)(2) permits the Court to dismiss a plaintiff's action against less than all defendants in a multiple defendant action. *See Klay v. United Healthgroup, Inc.*, 376 F.3d 1092, 1105-06 (11th Cir. 2004). However, until the terms referenced in the motion are satisfied, the Court declines to do so under Rule 41(a)(2).

Upon disbursement and deposit of the funds as discussed above, the parties may then file their motion to dismiss under Fed. R. Civ. P. 41(a)(2) specifying terms of dismissal.

DONE and ORDERED this 6th day of March, 2019.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE