IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNIVERSITY OF SOUTH ALABAMA<br>by and through its division USA HEALTH,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN JAMES LYTLE, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACT. NO.  1:18-cv-500-TFM-C |

## **ORDER**

The Court previously granted several motions related to the disbursement of funds and deposit into the Court registry. *See* Docs. 14, 19, 25, 27, 28. The Court has also received the $35,118.15 from USAA and will receive an additional $8,000.00 which was previously overpaid to Defendant Lytle.

Upon receipt, the Clerk of Court is **DIRECTED** to place the funds into the Court Registry with interest. The parties do not specify an applicable exception under 26 CFR § 1.468B-9(b)(1)(iv), in any of their motions and the various motions acknowledge the funds are in dispute between the remaining parties (USA Health and O'Reilly's Automotive, Inc.). As such, the funds shall be deposited into the Court's Disputed Ownership Fund ("DOF") which requires that taxes be withheld from the earnings.

DONE and ORDERED this 21st day of March, 2019.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE